SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GREGORY P. BARBEE, Cal. Bar No. 185156
gbarbee@sheppardmullin.com
333 South Hope Street, 48th Floor
Los Angeles, California 90071-1448
Telephone:  213-620-1780
Facsimile:   213-620-1398

Attorneys for Defendant Lenovo (United States), Inc.

*IT IS SO ORDERED*
*Judge James Ware*
4/2/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REFLEX PACKAGING, INC., <br><br> Plaintiff, <br><br> v. <br><br> LENOVO (UNITED STATES), INC., <br><br> Defendant. | Civil Action No. 5:10-cv-01002-JW <br><br> **STIPULATION TO EXTEND DEADLINE FOR RESPONSE BY DEFENDANT LENOVO (UNITED STATES), INC. TO PLAINTIFF'S COMPLAINT** <br><br> [Civil L.R. 6-1(a)] <br><br> Honorable James Ware <br> United States District Judge <br><br> [Complaint Filed: March 9, 2010] |

## STIPULATION

TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR COUNSEL:

Pursuant to Northern District of California Civil Local Rule 6-1(a), Plaintiff Reflex Packaging, Inc., on the one hand, and Defendant Lenovo (United States), Inc., on the other hand, hereby stipulate that the deadline for Defendant Lenovo (United States), Inc. to answer or otherwise respond to Plaintiff's Complaint shall be extended to April 30, 2010. This extension will not alter the date of any event or any deadline already fixed by Court order.

By entering this Stipulation, none of the parties hereto waives any rights, claims, or defenses they may have.

Dated: March 30, 2010

SCHNADER HARRISON SEGAL & LEWIS LLP

By _____
MICHAEL M. CARLSON

Attorneys for Plaintiff REFLEX PACKAGING, INC.

Dated: March 30, 2010

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____
GREGORY P. BARBEE

Attorneys for Defendant LENOVO (UNITED STATES), INC.