```
1  MICHAEL M. CARLSON (CSBN 88048)
   E-Mail: MCarlson@Schnader.com
2  SCHNADER HARRISON SEGAL & LEWIS LLP
   One Montgomery Street, Suite 2200
3  San Francisco, California 94104-5501
4  Telephone: 415-364-6700
   Facsimile: 415-364-6785
5
   Attorneys for Plaintiff
6  REFLEX PACKAGING, INC.

7  RUSSELL B. HILL (CSBN 190070)
   MARK L. BLAKE (CSBN 253511)
8  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
9  650 Town Center Drive, 4th Floor
   Costa Mesa, California 92626-1993
10 Telephone: 714-513-5100
   Facsimile: 714-513-5130
11
12 Attorneys for Defendant
   LENOVO (UNITED STATES) INC.
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| REFLEX PACKAGING, INC.,             | Case No.: CV 10-1002-JW (HRL)                      |
|-------------------------------------|----------------------------------------------------|
| Plaintiff,                          | **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |
| vs.                                 |                                                    |
| LENOVO (UNITED STATES) INC.,        | THE HON. JAMES WARE                                |
| Defendant.                          | **[**Civil L.R. 16-8 and ADR L.R. 3-5**]**         |

**STIPULATION**

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Private Process:** Private mediation before a mutually selected mediator.

---

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS - Case No.: CV 10-1002-JW (HRL)

PHDATA 3302752_1

1     **Timing**: The parties agree to hold the ADR session within 90 days from the date of the
2 entry of the following [PROPOSED] ORDER

3     **Conditions**: The parties agree that the ADR is subject to the following conditions:

- The mediation will take place at a mutually agreed location in Orange County, California.
- The costs of the mediator will be equally shared by the parties.
- Each party shall be represented at the mediation by an officer or employee (other than outside counsel) who has final authority to settle and who is knowledgeable about the facts of the case. In addition, each party must be accompanied at the mediation by the lawyer who will be primarily responsible for handling the trial of the matter.
- Within 30 days of the date of the entry of the following [PROPOSED] ORDER, Defendant will provide Plaintiff with information regarding the number of units of the product shown in Exhibit 2 to the Complaint that have been imported into, sold or used by in connection with Defendant's products in the United States.
- The mediation will take place within the 60 days following Defendant providing the information set forth in the preceding paragraph.
- Statements and communications made during the course of or in connection with the mediation will be governed by both Federal Rule of Evidence 408 (Compromises and Offers to Compromise) and California Evidence Code §§1115-1128 ("Mediation Privilege").

Dated: June 4, 2010            SCHNADER HARRISON SEGAL & LEWIS LLP


By:    */s/ Michael M. Carlson*
      MICHAEL M. CARLSON
      Attorneys for Plaintiff
      REFLEX PACKAGING, INC.

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CALIFORNIA 94104-5501
TELEPHONE: 415-364-6700
FACSIMILE: 415-364-6785

1  Dated: June 4, 2010                          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

4                                               By: */s/ Russell B. Hill*
                                                    RUSSELL B. HILL
5                                                   Attorneys for Defendant
                                                    LENOVO (UNITED STATES) INC.

**[PROPOSED] ORDER**

Pursuant to this Stipulation above, and on the conditions set forth therein, the captioned matter is hereby referred to:

Private ADR

The deadline for completion of the ADR session is 90 days from the date of this order.

**IT IS SO ORDERED.**

Date: June 17, 2010                             _____
                                                UNITED STATES DISTRICT JUDGE

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CALIFORNIA 94104-5501
TELEPHONE: 415-364-6700
FACSIMILE: 415-364-6785