MICHAEL M. CARLSON (CSBN 88048)
E-Mail: MCarlson@Schnader.com
SCHNADER HARRISON SEGAL & LEWIS LLP
One Montgomery Street, Suite 2200
San Francisco, California 94104-5501
Telephone: 415-364-6700
Facsimile: 415-364-6785

Attorneys for Plaintiff
REFLEX PACKAGING, INC.


SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
RUSSELL B. HILL, Cal. Bar No. 190070
MARK L. BLAKE, Cal. Bar No. 253511
650 Town Center Drive, 4th Floor
Costa Mesa, California  92626-1993
Telephone:    714-513-5100
Facsimile:    714-513-5130
rhill@sheppardmullin.com
mblake@sheppardmullin.com

Attorneys for Defendant
LENOVO (UNITED STATES) INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REFLEX PACKAGING, INC., <br><br> Plaintiff, <br><br> v. <br><br> LENOVO (UNITED STATES) INC. <br><br> Defendant. | Case No. 5:10-cv-01002-JW <br><br> **JOINT REQUEST FOR MODIFICATION OF PATENT SCHEDULING ORDER AND [PROPOSED] ORDER** <br><br> The Hon. James Ware <br><br> [Complaint Filed:  March 9, 2010] |

-1-

**THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, JOINTLY REQUEST THE FOLLOWING:**

A modification of certain deadlines set in the Patent Scheduling Order, dated June 3, 2010.

## I. BACKGROUND

This request is made to accommodate pre-planned vacations of counsel of record for the parties. These plans existed before the Patent Scheduling Order was entered on June 3. 2010. The deadlines in the Order were set without an appearance by counsel. The changes proposed below do not affect any court hearing dates set in the Patent Scheduling Order.

## II. PROPOSED CHANGES TO THE CASE SCHDULE

The parties propose modifying the case schedule as follows; all other provisions of the Patent Scheduling Order would remain unchanged:

| Current date | Proposed date | Event |
| --- | --- | --- |
| 07/16/2010 | 07/30/2010 | Lenovo's Invalidity Contentions due (Patent L.R. 3-3) |
| 07/26/2010 | 08/02/2010 | Each party to serve Proposed Terms and Claim Elements for Construction. (Patent L.R. 4-1; Scheduling Order ¶ 4.) |
| 08/16/2010 | 08/30/2010 | Parties to simultaneously exchange Preliminary Claim Constructions and Extrinsic Evidence. (Patent L.R. 4-2; Scheduling Order ¶ 5.) |
| 09/17/2010 | 09/24/2010 | Parties to file Joint Claim Construction and Prehearing Statement (Patent L.R. 4-3; Scheduling Order at page 1, lines 26-27.) ). |
| 10/22/2010 | No change | Close of Claim Construction Discovery (Patent L.R. 4-4) |
| 10/22/2010 | No change | Joint Case Management Statement for Interim Case Management Conference |
| 11/1/2010 | No change | Interim Case Management Conference |

| 02/04/2011 at 9 am | No change | Case Tutorial & Claim Construction Hearing |

IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: July 16, 2010         SCHNADER HARRISON SEGAL & LEWIS LLP


By: */s/ Michael M. Carlson*
MICHAEL M. CARLSON
Attorneys for Plaintiff
REFLEX PACKAGING, INC.

Dated: July 16, 2010         SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


By: */s/ Russell B. Hill*
RUSSELL B. HILL
Attorneys for Defendant
LENOVO (UNITED STATES) INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Date:  July 22, 2010                                          
                                        Hon. James Ware
                                        UNITED STATES DISTRICT JUDGE

-3-    JOINT REQUEST FOR MODIFICATION OF PATENT SCHEDULING ORDER AND [PROPOSED] ORDER

PHDATA 3313679_1