IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Reflex Packaging, Inc., | NO. C 10-01002 JW |
|     Plaintiff, | **ORDER VACATING INTERIM CASE MANAGEMENT CONFERENCE; CONTINUING TUTORIAL AND CLAIM CONSTRUCTION HEARING** |
| v. | |
| Lenovo United States, Inc., | |
|     Defendant. | |

This case is scheduled for an Interim Case Management Conference on November 1, 2010. Pursuant to the Federal Rules of Civil Procedure and Local Rules of this Court, the parties conferred and duly submitted a Joint Case Management Statement, wherein the parties represented that they are ready for the scheduled Tutorial and Claim Construction Hearing. (<u>See</u> Docket Item No. 26.)

In light of the parties' representation, the Court finds that an Interim Conference is not necessary at this time. Accordingly, the Court VACATES the November 1 Conference.

The Tutorial and Claim Construction Hearing is set for February 4, 2011. However, upon review of the calendar, the Court finds that a conflict has arisen since the issuance of the Patent Scheduling Order. (Docket Item No. 18.) Thus, the Court CONTINUES the Tutorial and Claim Construction Hearing to **February 18, 2011 at 9 a.m.** This continuance is not intended to modify other dates in the Patent Scheduling Order.

Dated: October 27, 2010

                                                                                     JAMES WARE
                                                                                     United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Gregory Paul Barbee gbarbee@sheppardmullin.com
Michael M. Carlson mcarlson@schnader.com
Russell B. Hill rhill@smrh.com

**Dated: October 27, 2010**  **Richard W. Wieking, Clerk**

**By:     /s/ JW Chambers**
            **Elizabeth Garcia**
            **Courtroom Deputy**

**United States District Court**
For the Northern District of California