IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REFLEX PACKAGING INC, | CASE NO. 5:10-CV-01002-EJD |
| Plaintiff, | **ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE** |
| v. | |
| LENOVO (UNITED STATES) INC, | |
| Defendant. | |

A further case management conference will be held in this case on June 8, 2012. On or before May 31, 2012, the parties shall submit a Joint Case Management Statement in compliance with Civil L.R. 16-9 and the Standing Order for All Judges of the Northern District of California. The statement shall address (in addition to all relevant issues required by the Civil Local Rules and the Standing Orders) whether either party intends to request to reopen construction of the claim term "discontinuous," and shall propose a schedule for the case going forward.

**IT IS SO ORDERED.**

Dated: May 8, 2012

EDWARD J. DAVILA
United States District Judge