IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REFLEX PACKAGING, INC., | CASE NO. 5:10-cv-01002 EJD |
| Plaintiff(s), | **ORDER GRANTING STIPULATION FOR REFERRAL TO MAGISTRATE JUDGE SETTLEMENT CONFERENCE AND EXTENSION OF DEADLINES** |
| v. | |
| LENOVO (UNITED STATES) INC., | |
| Defendant(s). | [Docket Item No(s). 75] |

Having reviewed the parties' stipulated request for referral to a magistrate judge settlement conference and extension of deadlines (see Docket Item No. 75) and good cause appearing therefor, the stipulation is GRANTED. The court orders as follows:

1. Pursuant to ADR Local Rule 7-2, the above-entitled action is referred to Magistrate Judge Jacqueline Scott Corley for a settlement conference to occur no later than November 14, 2012. The parties are instructed to contact Judge Corley's courtroom deputy to arrange a date for the conference.

2. If a settlement conference date accommodating all necessary parties cannot be arranged, the parties shall file a stipulation requesting a telephonic status conference with this court.

3. On or before **September 25, 2012,** the parties shall submit a stipulation which contains the actual dates for the extended deadlines requested.

**IT IS SO ORDERED.**

Dated: September 21, 2012

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:10-cv-01002 EJD
ORDER GRANTING STIPULATION FOR REFERRAL TO MAGISTRATE JUDGE SETTLEMENT CONFERENCE
AND EXTENSION OF DEADLINES