MICHAEL M. CARLSON (CSBN 88048)
MCarlson@Schnader.com
SCHNADER HARRISON SEGAL & LEWIS LLP
One Montgomery Street, Suite 2200
San Francisco, California 94104-5501
Telephone: 415-364-6700
Facsimile: 415-364-6785

Attorneys for Plaintiff
REFLEX PACKAGING, INC.


SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
STEVEN M. HANLE, Cal. Bar No. 168876
MARK L. BLAKE, Cal. Bar No. 253511
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone: 714-513-5100
Facsimile: 714-513-5130
shanle@sheppardmullin.com
mblake@sheppardmullin.com

Attorneys for Defendant
LENOVO (UNITED STATES) INC.

**IT IS SO ORDERED AS MODIFIED**
Judge Edward J. Davila
9/27/2012

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REFLEX PACKAGING, INC.,<br><br>        Plaintiff,<br><br>  v.<br><br>LENOVO (UNITED STATES) INC.<br><br>        Defendant. | Case No. 5:10-cv-01002-EJD (HRL)<br><br>**JOINT STIPULATION REGARDING MODIFICATION OF PATENT SCHEDULING ORDER AND [PROPOSED] ORDER**<br><br>The Hon. Edward J. Davila<br><br>[Complaint Filed: March 9, 2010] |

**THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, JOINTLY REQUEST THE FOLLOWING:**

Pursuant to the parties' September 18, 2012 stipulation (Dkt. No. 75), the parties jointly requested that "the dates set forth in the Court's Further Patent Scheduling Order be extended by 30 days, with any deadline falling on a weekend or holiday extended to the next Court day." The Court granted the parties' request by its order dated September 21, 2012 (Dkt. No. 76), and instructed the parties, on or before September 25, 2012, to "submit a stipulation which contains the actual dates for the extended deadlines requested."

Plaintiff and Counterdefendant Reflex Packaging, Inc. ("Plaintiff"), and Defendant and Counterclaimant Lenovo (United States) Inc. ("Defendant") jointly submit the following dates in response to that request. The parties have agreed to further extend those deadlines which require activities within weeks of the Thanksgiving or Christmas holidays, by approximately an additional one week in each case.

The resulting deadlines are as follows:

| EVENT | CURRENT DATE | REQUESTED DATE |
|---|---|---|
| Fact Discovery Cut-off | October 15, 2012 | November 14, 2012 |
| Designation of Opening Experts with Reports | November 1, 2012 | December 10, 2012 |
| Designation of Rebuttal Experts with Reports | November 29, 2012 | January 7, 2013 |
| Expert Discovery Cut-off | December 21, 2012 | February 4, 2013 |
| Deadline for Filing Dispositive Motions[1] | January 4, 2013 | February 25, 2013 |
| Preliminary Pretrial Conference | March 29, 2013 at 11 a.m. | May 17, 2013 at 11:00 AM |
| Preliminary Pretrial Conference Statement | 10 days before conference | May 7, 2013 |

---

[1] This is the last date for *filing* dispositive motions. The actual hearing on the motion may be noticed for a date subsequent after contacting Judge Davila's courtroom deputy.

-1- JOINT STIPULATION

1  IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2  Dated:  September 25, 2012          SCHNADER HARRISON SEGAL & LEWIS LLP

4                                      By:   /s/ Michael M. Carlson
                                             MICHAEL M. CARLSON
5                                            Attorneys for Plaintiff
6                                            REFLEX PACKAGING, INC.

7  Dated:  September 25, 2012          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

9                                      By:   /s/ Steven M. Hanle
                                             STEVEN M. HANLE
10                                           Attorneys for Defendant
11                                           LENOVO (UNITED STATES) INC.

12
   PURSUANT TO STIPULATION, IT IS SO ORDERED.  AS MODIFIED
13

14 Dated:  September 27, 2012          By:  [signature]
15                                           HON. EDWARD J. DAVILA
                                             United States District Judge

-2-                                                              JOINT STIPULATION